UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TANE'YA M TAYLOR,

      Plaintiff,

   v.

WONDERBOTZ LLC, *et al.*,

      Defendants.

Civil Action 2:26-cv-322
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

**ORDER**

This matter is before the Court on Plaintiff's Motion for Permission to File Electronically

Through CM/ECF (ECF No. 9). For good cause shown, the Motion (ECF No. 9) is **GRANTED**

to the extent that Plaintiff may participate in e-filing only as to this particular case and

conditional on her compliance with all applicable e-filing requirements. If she has not already

done so, Plaintiff is **DIRECTED** to create a PACER account, and then complete the electronic

filing registration for the Southern District of Ohio, as explained at

https://pacer.uscourts.gov/register-account/non-attorney-filers-cmecf.

Plaintiff is **REMINDED** that failure to adhere to all applicable e-filing requirements will

likely result in the revocation of permission to participate in e-filing. Plaintiff is specifically

**CAUTIONED** that failure to update her email address and monitor her email account (including

her "junk mail" or spam folder) for court filings may result in dismissal of the action. *Cf.*

*Yeschick v. Mineta*, 675 F.3d 622, 630 (6th Cir. 2012) (affirming district court's denial of motion

for relief from judgment where counsel's neglect in failing to check docket until more than a

month after he learned that he was not receiving notice of electronic filings because he failed to update his email address on file with the district court); *Equal Emp't Opportunity Comm'n v. Indi's Fast Food Rest., Inc.*, No. 3:15-cv-00590, 2016 WL 7473130, at *6 (W.D. Ky. Dec. 28, 2016) (noting that defense counsel represented that "he did not receive any Court-related notices or emails because they were all sent to his 'junk mail' folder" and finding that "[d]efense counsel's non-receipt of emails does not relieve his responsibility to monitor the Court's docket and keep apprised of developments within his active cases, which he failed to do here").

Plaintiff is further **CAUTIONED** that her electronic filing access may be revoked at any time.


**IT IS SO ORDERED.**


/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2